**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 30, 2009 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **04-cr-00514-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

      Plaintiff,

v.

**4.  DERRICK WILEY**,                        Richard J. Banta

      Defendant.

### COURTROOM MINUTES

**HEARING ON MOTION FOR RETROACTIVE APPLICATION OF SENTENCING GUIDELINES**

**3:23 p.m.**    Court in Session - Defendant not present

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. 3582 [doc. #1916], filed June 8, 2009, is raised for argument.

3:26 p.m.        Argument by Government (Mr. Boma).

3:29 p.m.        Argument by Defendant (Mr. Banta).

3:30 p.m.        Argument by Government (Mr. Boma).

3:37 p.m.        Argument by Defendant (Mr. Banta).

                  Court makes findings.

**ORDERED:**   Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. 3582 [doc. #1916], filed June 8, 2009, is **GRANTED.**

**ORDERED:**   Defendant's sentence shall be reduced from 118 months to **91 months.**

**3:42 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:21**