✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| DERRICK WILEY | ) | Case No:  04-cr-00514-WYD-04 |
| a/k/a "D Loc" | ) | USM No:  33156-013 |
| | ) | |
| Date of Previous Judgment:  February 6, 2006 | ) | Richard J. Banta, Appointed |
| (Use Date of Last Amended Judgment if Applicable) | | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  [X] the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____118_____ months **is reduced to** _____91_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of [X] sentencing

as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment, dated _____February 6, 2006_____ , shall remain in effect.

**IT IS SO ORDERED**.

| | | |
|---|---|---|
| Order Date: | October 30, 2009 | **s/ Wiley Y. Daniel** |
| | | Judge's signature |
| | | |
| Effective Date: | Same | Wiley Y. Daniel, Chief U.S. District Judge |
| | (if different from order date) | Printed name and title |